UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIE POLTORAK,

              Plaintiff,

v.

NISSAN SHAPIRO LAW, P.C.,

              Defendant.
-----------------------------------------------------------X

**ORDER**
18-CV-7386 (WFK)

**WILLIAM F. KUNTZ, II United States District Judge:**

      Following the pre-motion conference held before the Honorable William F. Kuntz, II on Wednesday, March 13, 2019, IT IS HEREBY ORDERED: Defendant must file its motion to dismiss on or before Friday, April 5, 2019 at 5:00 P.M. on ECF; Plaintiff must file its response to Defendant's motion on or before Friday, April 26, 2019 at 5:00 P.M. on ECF; and Defendant must file a reply, if any, by Friday, May 10, 2019 at 5:00 P.M. on ECF.

      Pursuant to Rule III.G.1 of the Individual Motion Practices and Rules of the Honorable William F. Kuntz, II, as a courtesy to the Court, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other parties along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file its moving papers. In addition, the moving party shall furnish chambers with a full set of courtesy copies of the motion papers, together with a letter specifying each document in the package.

**SO ORDERED.**

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2019
      Brooklyn, New York